SEALED

**FILED**
October 13, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: BW

**U.S. Department of Justice**
United States Attorney

[redacted]

# United States District Court
# Western District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | NO. |
| | ) | **6:26-CR-00215(2)** |
| (2) RAYMOND AUDIE DAVIS | ) | |

## <u>ORDER FOR BENCH WARRANT</u>

It appearing to the Court that an indictment has been filed against the below named defendant(s), it is hereby ORDERED that warrant issue for the arrest of said defendant(s), and bail is hereby fixed in the amount(s) shown below, returnable instanter to the Waco Division of this Court, such bail to be taken by any United States Magistrate Judge.

| Defendant | Recommended Amount of Bail |
|---|---|
| RAYMOND AUDIE DAVIS | NO BOND |

ENTERED at Waco, Texas, this 13th day of October , 2026.

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE